DEFENDANT:     JAREH SEBASTIAN DALKE

YOB:          1992

COMPLAINT        __X___ Yes     _____ No
FILED?

                    If Yes, MAGISTRATE CASE NUMBER __22-mj-00162-NRN__

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes  ___ No

OFFENSE(S):     **Counts 1–6:** 18 U.S.C. § 794(a) (Attempt to Transmit National Defense Information to An Officer or Agent of a Foreign Government)

LOCATION OF    El Paso County, Colorado
OFFENSE:

PENALTY:       **Counts 1–6:** Death or imprisonment for any term of years or for life; NMT five years of supervised release; $100 Special Assessment fee

AGENT:         Rebecca Shaw
                Special Agent, Federal Bureau of Investigation

AUTHORIZED    Julia K. Martinez
BY:            Jena Neuscheler
                Assistant U.S. Attorneys

                Christina Clark
                Adam L. Small
                Trial Attorneys
                National Security Division
                Counterintelligence and Export Control Section

ESTIMATED TIME OF TRIAL:

__ five days or less; _X_ over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention **is** applicable to this defendant.