IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  February 10, 2023<br>Interpreter:  n/a |

**CASE NO.   22-cr-00313-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JAREH SEBASTIAN DALKE,<br><br>     Defendant. | Jena Neuscheler<br>Julia Martinez<br><br><br><br><br>Timothy O'Hara<br>David Kraut |

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION:**     12:58 p.m.

Appearances of counsel.   Defendant is present in custody.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case.

A status conference in 90 days will be set by separate order, at which the defendant must be present.

**ORDERED:**  Defendant remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**     1:22 p.m.
**Total in court time:**     00:24
**Hearing concluded.**