IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00313-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAREH SEBASTIAN DALKE,

      Defendant.

---

**CONSENT MOTION TO ALLOW DEFENSE EXPERT ACCESS TO CLASSIFIED INFORMATION SUBJECT TO PROTECTIVE ORDER**

---

Mr. Jareh Sebastian Dalke ("Mr. Dalke"), by and through undersigned counsel, David Kraut and Timothy P. O'Hara, Assistant Federal Public Defenders, hereby respectfully moves the Court to authorize defense expert Harry Cooper ("Mr. Cooper") to access classified information produced in discovery in this matter, pursuant to the terms of the protective order issued by this Court on February 3, 2023. ECF 31. The government does not oppose this request. As grounds, Mr. Dalke states:

Defense counsel have retained Mr. Cooper as a consulting expert in this case. Upon review of the classified discovery produced to date, Mr. Cooper will aid counsel in evaluating the strength of the government's case against Mr. Dalke, potential defenses, and potential sentencing mitigation. The government concurs with Mr. Cooper's need to know for the purposes of assisting defense counsel in this case and has conveyed that position to the case's primary CISO. The government's certification of Mr. Cooper's need to know satisfies the protection order's requirement that the U.S. government agency that originated the information has prior notice of

Mr. Cooper's identity. *See* ECF 31 at ¶17. Mr. Cooper has received the necessary clearance to access the classified information produced in discovery in this case.

Mr. Cooper has reviewed the Protective Order (ECF 31) previously issued in this case and signed the attached Memorandum of Understanding (MOU). *See* Ex. A. Mr. Cooper has satisfied all requirements of the protective order for access to classified information.

With the consent of the government, Mr. Dalke respectfully moves the Court to authorize Mr. Cooper to access all classified information produced in discovery in this case pursuant to paragraph 17 of the protective order and subject to all terms, conditions, and restrictions of the protective order.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:            David_Kraut@fd.org
Attorney for Defendant


*s/ Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2023, I filed the foregoing **Consent Motion to Allow Defense Expert Access to Classified Information Subject to Protective Order** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Julia K. Martinez, Assistant United States Attorney
Email:  julia.martinez@usdoj.gov

Jena R. Neuscheler, Assistant United States Attorney
Email: jena.neuscheler@usdoj.gov

Christina Clark, Assistant United States Attorney
Email: Christina.Clark3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jareh Sebastian Dalke (via U.S. mail)

_s/ David Kraut_
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant