**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior Judge Raymond P. Moore

CASE NO. 22-cr-00313-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAREH SEBASTIAN DALKE,

      Defendant.

## ORDER

This order issues upon the defendant's "Consent Motion to Allow Defense Expert Access to Classified Information Subject to Protective Order" (ECF 39). Having reviewed the motion, the signed Memorandum of Understanding attached to the motion as Exhibit A, the terms of the Protective Order previously issued by this Court (ECF 31), and all relevant statutory and other authority, the Court hereby GRANTS the defendant's motion. The Court orders that subject to the terms, conditions, and restrictions set forth in the Protective Order (ECF 31), Mr. Cooper shall have access to all classified material and information produced to the defendant by the government in discovery in this case.

DATED this 14th day of August, 2023.

                                                    BY THE COURT:

                                                    RAYMOND P. MOORE
                                                    Senior United States District Judge